Name, Address and Phone number of Attorney(s):
Alexander S. Gareeb, Bar No.: 207473
GAREEB | PHAM LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, California 900017
Telephone: (213) 455-2930
Facsimile: (213) 455-2940

FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIABLO RACING, INC., a California Corporation,<br><br>Plaintiff(s)<br><br>V.<br><br>ROSSINI WHEELS AND ACCESSORIES CORP, a California Corporation; D'ANGELO WHEELS, an unknown business entity; DOES I-X, Inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07-3178-ABC (PJWx)<br><br>ORDER<br>TO APPEAR FOR EXAMINATION RE:<br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ☒ **GRANTED**   ☐ **DENIED.**

TO: ROSSINI WHEELS AND ACCESSORIES CORP
*(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☒ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| | |
|---|---|
| **Date of appearance:** Thursday, 5/29/08 **Time:** 2:00 p.m. | |
| **Place of Appearance:** | ☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA<br>☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA<br>☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |
| **Courtroom Number:** 827A | |

This Order may be served by a Marshal, sheriff, registered process server, **or the following, specially appointed person:** _____
*(Name of appointed process server)*

Date: 5/5/08          /s/ Patrick J. Walsh

---

ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION
(Attachment-Enforcement of Judgment)

CV4P ORDER (02/08)                                                                                               Page 1 of 2

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR:** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

U.S. District Judge/U.S. Magistrate Judge

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents or other persons who are familiar with your property and debts.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is GAREEB | PHAM LLP, located at Aon Center, 707 Wilshire Boulevard, 53rd Floor, Los Angeles, California 90017. On March 11, 2008, I served the herein described document(s):

**ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION**

      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

X    CM/ECF - by electronically transmitting the document(s) listed above to

      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

      by overnight delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

Spiegel & Utrera, P.C.
4747 Wilshire Blvd., Suite 601
Los Angeles, CA 90010

Rossini Wheels and Accessories Corporation
13701 Riverside Drive, Suite 603
Sherman Oaks, CA 91423

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 11, 2008, at Los Angeles, California.

*Vanessa Tello*
Vanessa Tello